

# Fourth Court of Appeals
## San Antonio, Texas

April 11, 2018

No. 04-18-00093-CR

Ryan **RODRIGUEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR11801
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

The reporter's record was due in this court April 2, 2018. When no record was filed, this court notified the court reporter pursuant to Rule 37.3 of the Texas Rules of Appellate Procedure. On April 5, 2018, in response to our notification, the reporter filed a notification of late record, asking for additional time – twenty-eight days – to file the record in this court. After review, we **GRANT** the requested extensions and **ORDER** the court reporter to file the reporter's record in this court on or before April 30, 2018.

We **order** the clerk of this court to serve a copy of this order on the court reporter and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of April, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court